# NO. 12-21-00086-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RUSK STATE HOSPITAL, TEXAS HEALTH AND HUMAN SERVICES COMMISSION AND KERRI TAYLOR, APPELLANTS* | *§* | *APPEAL FROM THE 2ND* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *DAVID MCGOWAN, APPELLEE* | *§* | *CHEROKEE COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellants, Rusk State Hospital, Texas Health and Human Services Commission, and Kerri Taylor, and Appellee, David McGowan, filed a stipulation to dismiss this appeal. The parties ask that this Court set aside the trial court's orders granting McGowan's Rule 202 petition and denying Appellants' plea to the jurisdiction, and remand the case to the trial court to dismiss McGowan's Rule 202 petition.

Texas Rule of Appellate Procedure 42.1 sets forth the actions that this Court may take in accordance with an agreement signed by the parties or their attorneys and filed with the clerk. TEX. R. APP. P. 42.1(a)(2). This includes setting aside the trial court's judgment without regard to the merits and remanding the case to the trial court for rendition of judgment in accordance with the agreement. TEX. R. APP. P. 42.1(a)(2)(B).

Accordingly, we *grant* the agreed motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(2)(A). We *render* judgment *setting aside* the trial court's May 14, 2021 order granting McGowan's Rule 202 petition and its May 24, 2021 order denying Appellants' plea to the jurisdiction, without regard to the merits. *See* TEX. R. APP. P. 42.1(a)(2)(B). We *remand* the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See id*.

Opinion delivered November 17, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**NOVEMBER 17, 2021**

**NO. 12-21-00086-CV**

**RUSK STATE HOSPITAL, TEXAS HEALTH AND
HUMAN SERVICES COMMISSION AND KERRI TAYLOR,**
Appellants
V.
**DAVID MCGOWAN,**
Appellee

Appeal from the 2nd District Court

of Cherokee County, Texas (Tr.Ct.No. 2021-040098)

THIS CAUSE came on to be heard on the agreed motion of the Appellants and Appellee to dismiss, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted;** judgment is **rendered** setting aside the trial court's May 14, 2021 order granting Appellee's Rule 202 petition and its May 24, 2021 order denying Appellants' plea to the jurisdiction, without regard to the merits; the cause is **remanded** to the trial court for rendition of judgment in accordance with the parties' agreement**,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*